# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

NMT Medical, Inc., et al,                                   04cv4200       (JNE/SRN)

        Plaintiff,

v.                                                          **ORDER FOR DISMISSAL**

Cardia, Inc.,

        Defendant.

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** That this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement, or to seek enforcement of the settlement terms.

DATED: April 18, 2008.

        s/ Joan N. Ericksen
        JOAN N. ERICKSEN,  Judge
        United States District Court