# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| NMT Medical, Inc. and Children's Medical Center Corporation | Civil No. 04-cv-04200 (JNE/SRN) |
| Plaintiffs, | |
| v. | **CONSENT JUDGMENT AND ORDER OF DISMISSAL** |
| Cardia, Inc., | |
| Defendant. | |

_____

It is on this _____ day of _____, 2008,

**AGREED** and **ORDERED** as follows:

The parties consent to judgment in the above-entitled matter as follows:

1.   Judgment is entered against Cardia and in favor of Plaintiffs in the amount of Two Million Two Hundred Fifty Thousand Dollars ($2,250,000), subject to reduction in accordance with paragraph 3.

2.   Cardia shall pay to NMT according to the following schedule on or before the date indicated:

| | |
|---|---|
| September 30, 2008 | $500,000 |
| December 15, 2008 | $500,000 |
| March 31, 2009 | $375,000 |
| June 30, 2009 | $375,000 |
| September 30, 2009 | $250,000 |
| December 15, 2009 | $250,000 |

3.   The judgment will be reduced and deemed satisfied to the extent of each payment made.

4.   The parties hereby stipulate, pursuant to Rule 41 of the Federal Rules of Civil Procedure, to dismissal of the above-entitled matter with prejudice and on the merits. Each party shall bear its own costs and fees. All rights of appeal are hereby waived.

5.   The Court shall retain jurisdiction for the purpose of enforcement of this Judgment.

| **NMT MEDICAL, INC.** | **CHILDREN'S MEDICAL CENTER CORPORATION** |
|---|---|
| By  s/ Douglas J. Kline  <br>         Its Counsel of Record  <br>         Douglas J. Kline (MA#556680)  <br>Goodwin Procter LLP  <br>Exchange Place  <br>53 State Street  <br>Boston, MA 02109  <br>Telephone: 617-570-1209  <br>Facsimile: 617-523-1231  <br>dkline@goodwinprocter.com  <br>  <br>John B. Gordon (#36237)  <br>Faegre & Benson LLP  <br>2200 Wells Fargo Center  <br>90 South Seventh Street  <br>Minneapolis, MN 55402-3901  <br>Telephone: 612-766-7000  <br>Fax: 612-766-1600  <br>jgordon @faegre.com | By s/ Douglas J. Kline  <br>         Its Counsel of Record  <br>         Douglas J. Kline (MA#556680)  <br>Goodwin Procter LLP  <br>Exchange Place  <br>53 State Street  <br>Boston, MA 02109  <br>Telephone: 617-570-1209  <br>Facsimile: 617-523-1231  <br>dkline@goodwinprocter.com  <br>  <br>John B. Gordon (#36237)  <br>Faegre & Benson LLP  <br>2200 Wells Fargo Center  <br>90 South Seventh Street  <br>Minneapolis, MN 55402-3901  <br>Telephone: 612-766-7000  <br>Fax: 612-766-1600  <br>jgordon@faegre.com |
| **CARDIA, INC.**  <br>  <br>By s/ David A. Allgeyer  <br>       Its Counsel of Record  <br>       David A. Allgeyer (#12042x)  <br>Lindquist & Vennum P.L.L.P.  <br>4200 IDS Center  <br>80 South Eighth Street  <br>Minneapolis, MN 55402  <br>Telephone: 612-371-3211  <br>Facsimile: 612-371-3207  <br>dallgeyer@lindguist.com | |
| Dated:  May 9, 2008 | **SO ORDERED:**  <br>  <br>s/  Joan N. Ericksen  <br>Joan N. Ericksen  <br>Judge of U.S. District Court |